UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| James H. Massey,<br>        PLAINTIFF<br><br>v.<br><br>Rithm Capital Corporation,<br><br>and<br><br>Newrez LLC, a wholly owned subsidiary of Rithm Capital Corporation, d/b/a Shellpoint Mortgage Servicing, f/k/a Specialized Loan Servicing LLC,<br>        DEFENDANTS. | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, Defendant Newrez LLC ("Newrez") hereby removes this action from the District Court of Douglas County, Colorado, to the United States District Court for the District of Colorado, and state as follows:

## NATURE OF THE CASE

1. On or about November 1, 2024, Plaintiff James H. Massey filed his *pro se* complaint in the District Court of Douglas County, Colorado, in the matter styled *James H. Massey v. Rithm Capital Corporation, et al.*, Case No. 24CV145.

2. Plaintiffs' complaint purports to name two Defendants: (1) Rithm Capital Corporation, and (2) "NEWREZ LLC, a wholly owned subsidiary of Rithm Capital Corporation, d/b/a Shellpoint Mortgage Servicing, formerly known as: Specialized Loan Servicing LLC."

3. Plaintiff's complaint asserts what appear to be claims for breach of contract and for fraud, and seeks "compensatory damages in the amount of $25,000,000.00, plus exemplary Damages in the maximum amount allowed."

## BASIS FOR FEDERAL JURISDICTION

4. Plaintiff, a natural person, is a citizen and resident of Alvaton, Warren County, Kentucky.

5. A corporation is a citizen of the state in which it was incorporated and the state in which it has its principal place of business or "nerve center." 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77 (2010). And, for purposes of diversity, a limited liability company "has the citizenship of each of its members." *Siloam Springs Hotel, LLC v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015).

6. Newrez LLC f/k/a Specialized Loan Servicing LLC, and d/b/a Shellpoint Mortgage Servicing, is a wholly owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, both of which are Delaware limited liability companies. Both NRM Acquisition entities are wholly owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly owned subsidiary of Rithm Capital Corp., a Delaware corporation having its principal place of business and "nerve center" in New York.

7. Accordingly, Plaintiff is a citizen of Kentucky, and, for purposes of diversity, Defendants are citizens of Delaware and New York. This action thus involves "citizens of different states," and there exists complete diversity under 28 U.S.C. § 1332(a)(1).

8. Plaintiff's complaint expressly seeks compensatory damages in the amount of $25 million (in addition to punitive damages). Plaintiff further indicated on the "Form 1.2 District Court Civil (CV) Case Cover Sheet" attached to his complaint that he "is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interests and costs."

9. Thus, by Plaintiff's own allegations, it is evident that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

## TIMELINESS OF REMOVAL

10. 28 U.S.C. § 1446(b)(1) provides, in pertinent part, that a "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

11. Plaintiff's complaint was served on Newrez on November 25, 2024. This removal is thus timely because it is filed within 30 days after Newrez's receipt of the complaint "through service or otherwise."

## VENUE

12. The United States District Court for the District of Colorado is the proper venue for removal under 28 U.S.C. § 1441(a) because it encompasses Douglas County, Colorado. *See* 28 U.S.C. § 85.

## PROCEDURAL REQUIREMENTS

13.   Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of all process, pleadings, and orders served upon the removing Defendant is attached to this notice of removal as <u>Exhibit 1</u>.  A copy of the state court docket sheet also is attached as <u>Exhibit 2</u>.

14.   Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being provided to Plaintiff and to the Clerk of the District Court of Douglas County, Colorado.  A copy of the state court notice of filing of this notice of removal is attached as <u>Exhibit 3</u>.

15.   Pursuant to 28 U.S.C. § 1446(b)(2)(A), Rithm consents to this removal.

16.   By filing or consenting to this notice of removal, Defendants do not waive, and specifically reserve, any and all objections as to service, sufficiency of process, personal jurisdiction, and any other affirmative or other defenses they may assert under Federal Rules of Civil Procedure 8(c) and/or 12(b), or otherwise.  Defendants further reserve the right to amend or supplement this notice of removal.

WHEREFORE, Defendant Newrez hereby removes this action from the District Court of Douglas County, Colorado, to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1332, 1441 & 1446.

Dated: December 23, 2024.

Respectfully submitted,

/s/ *Zachary M. VanVactor*
Zachary M. VanVactor
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
(502) 587-3400
zvanvactor@stites.com

*Counsel for Defendants,*
*Rithm Capital Corporation, and*
*Newrez LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing electronically filed document was served by USPS First Class mail, postage prepaid, and via email on this 23rd day of December 2024 upon:

James H. Massey
440 Claypool Boyce Road
Alvaton, KY 42122
jimmassey.pi.atty@gmail.com

*Plaintiff, pro se*

/s/ *Zachary M. VanVactor*
Zachary M. VanVactor

5