IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03547-CNS

JAMES H. MASSEY,

    Plaintiff,

v.

RITHM CAPITAL CORPORATION
NEWREZ LLC, a wholly owned subsidiary of Rithm Capital Corporation, d/b/a Shellpoint Mortgage Servicing, f/k/a Specialized Loan Servicing LLC,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of U.S. District Judge Charlotte N. Sweeney issued on September 5, 2025, [ECF No. 45] it is

ORDERED that Defendants' Motion to Dismiss [ECF No. 21] is GRANTED. It is

FURTHER ORDERED that this case is dismissed with prejudice.

Dated at Denver, Colorado this 5th day of September 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes
      J. Dynes, Deputy Clerk