FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:43 am, Sep 18, 2025
JEFFREY P. COLWELL, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 24-cv-03547-CNS

JAMES H. MASSEY,

     Plaintiff

v.

RITHM CAPITAL CORPORATION,

NEWREZ LLC, a Wholly owned subsidiary of Rithm Capital Corporation, d/b/a Shellpoint Mortgage Servicing, f/k/a Specialized Loan Servicing LLC,

     Defendants.

---

## NOTICE OF APPEAL

---

**NOTICE** is hereby given this _9th_ day of September, 2025, that Plaintiff, James H. Massey, hereby appeals to the United States Court of Appeals for the District of Colorado, (10th Cir.), from the final judgment of this court dated at Denver, Colorado the 5th day of September 2025, whereby U.S. District Judge Charlotte N. Sweeney ordered that Defendants' Motion to Dismiss [ECF no. 21] is GRANTED, and, it is FURTHER ORDERED that this case is dismissed with prejudice.

It is anticipated that Appellant's Brief will include detailed discussion of the controlling, exclusively applicable statutory provisions and law, including, to wit., Colorado Revised Statutes, CRS 4-3-310; CRS 4-3-311; CRS 4-3-312, having been inexplicably ignored by this court, and notably omitted from either reference or mention of any kind, within the entire context of the court's twenty-six, (26) page order and judgment.

Appellant's Brief may also include discussions and analysis of the following: extrajudicial bias, discrimination, retaliation and lack of impartiality [1], judicial misconduct, violation of the Canons of The Code of Conduct for United States Judges; violation of the Code of Professional Responsibility, lack of jurisdiction-failure to determine by competent proof the citizenship of each and every member of the various LLCs, and any and all issues of any nature arising under, or which may have arisen under any plausibly discernible set of circumstances identifiable within the expansive context of the court's order and Final Judgment.

James H. Massey, Appellant/Plaintiff Pro se
440 Claypool Boyce Road
Alvaton, KY 42122
Telephone: 270-791-3528

CERTIFICATE OF SERVICE

I hereby certify that on the 9th. day of September, 2025, the foregoing NOTICE OF APPEAL was electronically filed via the Colorado District Court's e-mail system and a copy of same was electronically mailed, via e-mail to:

Jan Timothy Chilton: jtc@severson.com; ssc@severson.com
Gregory J. Marshall: gmarshall@swlaw.com
Zachary M. Vanvactor: zvanvactor@stites.com; lwalls@stites.com; docket clerk@stites.com
Ameena Khan Per: akhan@mebrayerfirm.com; smedowell@firm.com
Carissa Lynn Pryor: cpryor@swllaw.com
April Sain: asain@stites.com

---

[1]

In footnotes 17 & 18 at page 18, the court states, inter alia, as follows: "… the above-cited examples demonstrates well why Plaintiff's arguments are so troubling." Notably, while the court found the Plaintiff's fact-based arguments to be "troubling", however, the court did not express any trouble or concern when endorsing the defendants' proven, and admitted lies, fraud, deception, intentional misstatement of facts, and misrepresentations of law. (As confirmed in the court's undisputed facts). The court's unwarranted personalization of Appellant's argument is clear and convincing proof of complete lack of impartiality, retaliation and extrajudicial bias.