UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 24-cv-03547-CNS

JAMES H. MASSEY,

    Plaintiff

v.

RITHM CAPITAL CORPORATION,

NEWREZ LLC, a Wholly owned subsidiary of Rithm Capital Corporation, d/b/a Shellpoint Mortgage Servicing, f/k/a Specialized Loan Servicing LLC,

    Defendants.

---

### NOTICE OF APPEAL
### ORDER DENYING AS MOOT
### PLAINTIFF'S MOTION FOR SPEEDY HEARING OF
### MOTION FOR DECLARATORY JUDGMENT ECF No. 38

---

**NOTICE** is hereby given this 14th day of September, 2025, that Plaintiff, James H. Massey, hereby appeals to the United States Court of Appeals for the District of Colorado, (10th Cir.), from the final judgment of this court dated at Denver, Colorado the 5th day of September 2025, whereby U.S. District Judge Charlotte N. Sweeney rendered an order DENYING as Moot, Plaintiff's Motion for Speedy Hearing of Motion for Declaratory Judgment Declaratory Judgment, ECF No. 38.

*/s/ James Massey*
James H. Massey
Appellant/ Plaintiff, Pro Se
440 Claypool Boyce Road
Alvaton, KY 42122
270-791-3528

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2025, the foregoing NOTICE OF APPEAL was electronically filed via the Colorado District Court's e-mail system and a copy of same was electronically mailed, via e-mail to:

Jan Timothy Chilton: jtc@severson.com, ssc@severson.com
Gregory J. Marshall: gmarshall@swlaw.com
Zachary M. VanVactor: zvanvactor@stites.com, lwalls@stites.com, docketclerk@stites.com
Ameena Khan Per: akhan@mcbrayerfirm.Com, smcdowell@mcbrayterfirm.com
Carissa Lynn Pryor: cpryor@swiaw.com
April Sain: asain@stites.com

James Massey